IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

J. O. HOUSE                               *
and HEATH & HOUSE                         *
CONSTRUCTION CO., INC.,                   *
                                          *
            Plaintiffs,                   *
                                          *
vs.                                       *        No. 3:09cv0095 SWW
                                          *
                                          *
                                          *
CONSECO INSURANCE GROUP,                  *
                                          *
            Defendant.                    *

<u>ORDER</u>

        This action concerns the cancellation of an insurance policy issued by Conseco Insurance

Group ("Conseco") to Heath & House Construction, Inc., of which J.O. House is president

(collectively "plaintiffs").  Concesco has filed a motion to dismiss, or in the alternative, motion

for summary judgment [doc.#4].  This motion is denied as moot in light of plaintiffs' subsequent

amended complaint.  The Court notes as well that this is a refiling of Case No. 3:06cv0067

SWW, which was voluntarily dismissed without prejudice on January 5, 2009, and that Conseco

in that earlier case moved for summary judgment following full discovery on essentially the

same grounds advanced in the current motion.  The Court in that earlier case denied Conseco's

motion for summary judgment, concluding that there remained genuine issues of material fact for

trial.

                IT IS SO ORDERED this 10th day of August 2009.

                                        /s/Susan Webber Wright

                                        UNITED STATES DISTRICT JUDGE